**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JASMINE SHEPARD**                                                                 **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO. 4:17-CV-00091-DMB-JMV**

**THE CLEVELAND SCHOOL DISTRICT,
STEVEN CRADDOCK, in his individual capacity,
DR. JACQUELYN THIGPEN, in her individual
and official capacity**                                            **DEFENDANTS**

---

**Cross-Notice of Deposition**

---

To:     All Counsel of Record

Please take notice that Defendant Dr. Jacquelyn Thigpen will take the testimony on oral examination by stenographic and/or videographic means of Plaintiff Jasmine Shepard on Friday, May 18, 2018, beginning at 10:00 a.m. The deposition with take place at the offices of Jacks, Griffith, and Luciano, 150 North Sharpe Avenue, Cleveland, MS 38732, and will continue from day to day until completed.

You are invited to attend and participate as you deem appropriate.

Further, the District requests Jasmine Shepard bring any and all documents that have not already been produced that she contends support her claims against any defendant and/or that may be used at the trial of this matter.

Respectfully submitted, this 17th day of May, 2018.

                                                  **Dr. Jacquelyn Thigpen**

                                                  /s/ John S. Hooks

OF COUNSEL:

John S. Hooks
Mississippi Bar No. 99175
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708
E-mail: John.Hooks@arlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above document has been filed with the Clerk of Court via the CM/ECF System, which caused noticed of filing to be served on registered counsel of record.

    Dated: May 17, 2018.

    /s/ John S. Hooks