IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JASMINE SHEPARD**                                                                **PLAINTIFF**

**V.**                                                            **NO. 4:17-CV-91-DMB-JMV**

**THE CLEVELAND SCHOOL DISTRICT**                          **DEFENDANTS**

## NOTICE

___

**TAKE NOTICE** that a proceeding in this case has been **CONTINUED**
___

Type of Proceeding

**MVD/JURY TRIAL SET FOR JUNE 24, 2019,
BEFORE U. S. DISTRICT JUDGE DEBRA M. BROWN
IS CONTINUED UNTIL FURTHER NOTICE OF THE COURT.**
___

                                                              DAVID CREWS, Clerk of Court

                                                              By: /s/ Rita Thomas
                                                                   Rita Thomas, Courtroom Deputy

Date:   May 22, 2019

Electronic notice only to:
All Counsel of Record

Questions should be directed to Judge_Brown@msnd.uscourts.gov