# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

| | |
|---|---|
| **JASMINE SHEPARD** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 4:17-cv-91-DMB-JMV** |
| **THE CLEVELAND SCHOOL DISTRICT,** *ET AL.* | **DEFENDANTS** |

**TAKE NOTICE** that a proceeding in this case has been **CONTINUED**

*Type of Proceeding*

**FINAL PRETRIAL-SETTLEMENT CONFERENCE SET FOR JUNE 4, 2019
BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN
IS CONTINUED UNTIL FURTHER NOTICE OF THE COURT.**

**DAVID CREWS, Clerk of Court**

By: _____s/*Itonia R. Williams*_____
Courtroom Deputy Clerk

DATE:  May 22, 2019

IF THERE ARE QUESTIONS, CONTACT ITONIA R. WILLIAMS AT 662-335-9214
OR VIA EMAIL AT: *itonia_williams@msnd.uscourts.gov*